The People of the State of New York, Respondent,
against
William Capers, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Robert G. Seewald, J.H.O.), rendered September 23, 2013, after a nonjury trial, convicting him of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert G. Seewald, J.H.O.), rendered September 23, 2013, affirmed.
The verdict convicting defendant of driving while impaired (see Vehicle and Traffic Law § 1192[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its assessment of police testimony about defendant's condition upon his arrest (see People v Reyes, 136 AD3d 443 [2016]). Furthermore, defendant admitted to the officer that he had consumed "a couple of beers" and the Intoxilyzer 5000 test revealed that defendant's blood alcohol level was .11 percent (see Vehicle and Traffic Law § 1195[2][c]). The People were not required to prove that defendant was driving erratically (see People v Fiumara, 116 AD3d 421 [2014], lv denied 23 NY3d 1036 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 19, 2016